NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3304

LISA R. ARNOLD,

Petitioner,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION,

Respondent.

Larry E. Jarrett, Law Office of Larry E. Jarrett, of Richardson, Texas, for petitioner.

Ellen M. Lynch, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent.  With her on the brief were Jeanne E. Davidson, Director, and Brian M. Simkin, Assistant Director.

Appealed from:  Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3304

LISA R. ARNOLD,

Petitioner,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION,

Respondent.

# Judgment

ON APPEAL from the        Merit Systems Protection Board

in CASE NO(S).        DA0752060388-I-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, Chief Judge, CLEVENGER, Senior Circuit Judge, GAJARSA, Circuit Judge).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED  May 12, 2008        /s/ Jan Horbaly
                           Jan Horbaly, Clerk